**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMILY RIVERA,

                Plaintiff,                      21 **CIVIL** 10820 (GWG)

         -v-                                   **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated November 28, 2022, the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including that Plaintiff will be offered a new hearing.

**Dated:**  New York, New York
           November 29, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   _____
                                                                      **Clerk of Court**
                           **BY:**    *K. Mango*
                                                                      _____
                                                                      **Deputy Clerk**